UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                                                 :
HORTENSE MARRETT,                                   :
                        Plaintiff,            :
                                                             : 23 Civ. 7300 (LGS)
              -against-                      :
                                                              : <u>ORDER</u>
HARTFORD LIFE AND ACCIDENT INSURANCE   :
COMPANY,                                                :
                        Defendant.        :
                                                              :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, the initial pretrial conference in this matter is scheduled for September 13, 2023;  It is hereby

        **ORDERED** that the September 13, 2023, initial pretrial conference is **cancelled**.  If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated.  It is further

        **ORDERED** that by **September 15, 2023**, Plaintiff shall file a letter, not to exceed two pages, describing the discovery she seeks beyond the policy documents and administrative record that are the usual scope of discovery in an ERISA matter, and the factual basis for believing that the discovery is warranted or necessary.  Defendant shall file a responsive letter, not to exceed two pages, by **September 19, 2023**.  Defendant's letter shall also include a proposed briefing schedule for a motion for summary judgment that is jointly agreed to by the parties and shall control if Plaintiff's request for discovery is denied.  The proposed briefing schedule shall closely approximate three weeks for Defendant to file a motion for summary judgment, three weeks for Plaintiff to file a response and ten days for Defendant to file a reply.  It is further

        **ORDERED** that the parties' proposal to obtain a private mediator is GRANTED.  The parties shall file a joint letter within two days of retaining a mediator and inform the Court of their proposed schedule for mediation.

Dated: September 12, 2023
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE